THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REBECCA KASPERS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORP,<br><br>    Defendant. | Civil Action No.  2:15-cv-53-JLR<br><br>[PROPOSED]<br>ORDER GRANTING EXTENSION TO REFILE CASE |

The Court **GRANTS** Plaintiffs' and Defendant's Joint Motion to Extend the Deadline to Re-File the Case (Doc. 73) and **ORDERS** that Plaintiffs may re-file the case on or before March 31, 2018 if the case has not resolved by that date.

**SO ORDERED.**

/// End of Order ///

Presented by:

/s/ James G. O'Brien

(Ohio 0088460, Cal. 308239)

Dated this 30th day of September, 2017.

Hon. James L. Robart
United States District Court Judge